```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF ALABAMA
                            NORTHERN DIVISION
```

```
MILDRED J. BENNETT,                :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :
                                   :     CIVIL ACTION 12-0695-M
CAROLYN W. COLVIN,                 :
Commission of Social Security,     :
                                   :
    Defendant.                     :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Mildred J. Bennett.

DONE this 24th day of July, 2013.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE